# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Robert Herman Hartheimer<br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-cr-20314 SHL-atc<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 19, 2025 in the county of Shelby in the Western District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Attempted production of child pornography |
| 18 USC 1470 | Transfer of obscene material to a minor |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Karen Rinehart, attached herto and incorporated herein by reference.

☑ Continued on the attached sheet.

*SA Karen Rinehart*
*Complainant's signature*

Karen Rinehart, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 22, 2025

*s/ Annie T. Christoff*
*Judge's signature*

City and state: Memphis, TN

Hon. Annie T. Christoff, U.S. Magistrate Judge
*Printed name and title*