AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Robert Herman Hartheimer | ) Case No. 2:25-cr-20314 |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robert Herman Hartheimer                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2251(a) - Attempted production of child pornography
18 USC 1470 - Transfer of obscene material to a minor

Date:   October 22, 2025

_Annie T. Christoff_
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

City and state:   Memphis, TN                     Hon. Annie T. Christoff, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/25, and the person was arrested on *(date)* 10/23/25
at *(city and state)*                                         .

Date: 10/23/25

_Cy Cole_
*Arresting officer's signature*

Cal Graham   Special Agent
*Printed name and title*