UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Chief Judge Sheryl H. Lipman, United States District Judge

December 15, 2025

RE:   **2:25-cr-20314-SHL (25-I-025)**
   *USA v. ROBERT HERMAN HARTHEIMER*

Dear Sir/Madam:

A **PLEA TO A CRIMINAL INFORMATION** has been **SET** for **MONDAY, JANUARY 5, 2026** at **3:00 P.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

Please submit the proposed plea agreement, a summary of the elements of the offense(s) charges and the statutory penalties to chambers by 12:00 PM one business day before the change of plea hearing by emailing it to: ECF_Judge_Lipman@tnwd.uscourts.gov.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Joseph P. Warren*,
   Case Manager Supervisor
   901-495-1242
   joseph_warren@tnwd.uscourts.gov