### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No.  25-cr-20314-SHL** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ROBERT HERMAN HARTHEIMER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the judgment entered in this action on June 8, 2026.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney


By:    s/ *Lauren J. Delery*
LAUREN J. DEELRY
Assistant United States Attorney
Western District of Tennessee
Tel: 901-544-4231

# CERTIFICATE OF SERVICE

I, Lauren J. Delery, Assistant United States Attorney, do hereby certify that a copy of the foregoing Notice was forwarded by email and electronic means, via the Court's Electronic Filing System, to Blake D. Ballin and Cathy A. Fleming, Attorneys for Defendant.

This the 2nd day of July, 2026.

s/ *Lauren J. Delery*
Assistant United States Attorney