Case No. 26-5587

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

ROBERT HERMAN HARTHEIMER

Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: August 19, 2026